### No. 09-9751. Dora Olga Cantu Chapa, Petitioner v. United States.

561 U.S. 1021, 130 S. Ct. 3504, 177 L. Ed. 2d 1086, 2010 U.S. LEXIS 5340.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis and the petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Padilla v. Kentucky, 559 U.S. 356, 130 S. Ct. 1473, 176 L. Ed. 2d 284 (2010).

Same case below, 354 Fed. Appx. 203.

### No. 09-10460. Zachary B. Taylor, Petitioner v. James F. Degrott, et al.

561 U.S. 1021, 130 S. Ct. 3515, 177 L. Ed. 2d 1086, 2010 U.S. LEXIS 5292.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is

paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

### No. 09-10504. Janice L. Schrader, Petitioner v. New Mexico, et al.

561 U.S. 1022, 130 S. Ct. 3517, 177 L. Ed. 2d 1086, 2010 U.S. LEXIS 5278.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

Same case below, 361 Fed. Appx. 971.

### No. 09-10712. Frederick L. Waterfield, Petitioner v. Florida.

561 U.S. 1022, 130 S. Ct. 3520, 177 L. Ed. 2d 1086, 2010 U.S. LEXIS 5299.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Florida dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 36 So. 3d 86.